IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30750
Conference Calendar

_____

LARRY ROBINSON, SR.,

                                        Plaintiff-Appellant,


versus


CITY OF SHREVEPORT;
POLICE DEPARTMENT OF SHREVEPORT;
CITY COUNCIL OF SHREVEPORT;
ABC INSURANCE COMPANY,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-1089
- - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

     Larry Robinson, Sr., # 320772, appeals the dismissal of his

civil rights complaint pursuant to 28 U.S.C. § 1915(d), the

relevant portion of which has been redesignated as

§ 1915(e)(2)(B)(I) by § 804 of the Prison Litigation Reform Act,

Pub. L. No. 104-134, 110 Stat. 1321 (1996).  Robinson argues that

the defendants violated his constitutional rights when two

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

vehicles were towed from his home.  We have reviewed the record and Robinson's brief and AFFIRM on the facts as found and authorities cited by the magistrate judge in his report and recommendation filed May 30, 1996, which was adopted by the district court.

AFFIRMED.